# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

# APPEARANCE

| | |
|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND<br>PLAINTIFF,<br>- V -<br>KEVIN DINGLE,<br>DEFENDANT | CASE NUMBER: 3:02CV604 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND
PLAINTIFF

JANUARY 2, 2004
Date

CT10484
Connecticut Federal Bar Number

203 777-6660
Telephone Number

203 777-1817
Fax Number

tobinlaw@mindspring.com
E-mail address

Signature

JOSEPH M. TOBIN
Print Clearly or Type Name

45 COURT STREET
Address

NEW HAVEN, CT 06511

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24