02cv604applicwageexe.
end #12

#12

W/E Form
Rev. 4/10/01

FILED
2004 MAR 11  P 12:14
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COXCOM, d/b/a Cox
Communications, New England
(Plaintiff)

    -V-

Kevin Dingle (Defendant)

Civil No. 3:02CV604 (DJS)   Mail

## APPLICATION FOR WAGE EXECUTION

Pursuant to Rule 69 of the Federal Rules of Civil Procedures and Section 52-361a of the Connecticut General Statutes, __Coxcom, Inc.__, hereby applies for the issuance of a wage execution and in support thereof makes the following representations:

1. On __July 31, 2002__ judgment entered in this action against __Kevin Dingle__ for $ __25,000.00__ plus costs of $ __984.80__ and interest at the rate of __1.88%__ pursuant to 28 U.S.C.§ 1961. (plus attorney's fees)

2. (Name of judgment debtor) __Kevin Dingle__ has made __-0-__ payments and (insert name of party making application) __Coxcom, Inc.__ has received (enter amount) $ __-0-__ pursuant to the Court's judgment.

3. As of __December 1, 2003__, the total amount of the unpaid judgment, including interest and costs is $ __26,611.80__. Interest continues to accrue on the principal amount of the judgment at the rate of __1.88%__ per annum.

1

Interest continues to accrue on the principal amount of the judgment at the rate of ___1.88%___ per annum.

4. The last known employer of the judgment debtor, (insert name) ___Kevin Dingle___ is (indicate name and address of employer):

    Specialty Cable Corp
    2 Tower Drive
    Wallingford, CT 06492

Dated this ___10th___ day of ___March___, 20_04_.

Respectfully submitted,

This application of the issuance of a wage execution in the amount of the unpaid judgment including costs and interest is hereby GRANTED/~~DENIED~~
3/18/04

_____
United States District Judge

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing application for wage execution was sent to the defendant, ___Kevin Dingle___ dated this ___10th___ day of ___March___ 20_04_.

FILED
2004 MAR 18 P 2:58
U.S. DISTRICT COURT
HARTFORD, CT.