W/E Form
Rev. 08/03/89

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COXCOM, INC. d/b/a COX
COMMUNICATIONS NEW ENGLAND
    Plaintiff,
  - v -

KEVIN DINGLE,
    Defendant

Docket No.
3:02CV604 (DJS)

### WAGE EXECUTION

To the Marshal of the District of Connecticut or to any per[son] authorized to serve process under the Federal Rules of Civil Proced[ure] -- Greetings:

WHEREAS the (insert name and address of party making appli[ca]tion) __Coxcom, Inc. c/o Joseph M. Tobin, Esq.__
__45 Court Street, New Haven, CT 06511__
on the __31st__ day of __July__ xx 2003, recovered judg[ment] against the Judgment Debtor (insert name) __Kevin Dingle__
_____, whose last known address is
5255 Blackstone Village, Meriden, Connecticut

before the United States District Court for the District of Connec[ticut] for the sum of $ __25,000.00__ plus costs of $ __984.80__ and interest as appears of record;

AND WHEREAS, the said Judgment Debtor (insert name)
__Kevin Dingle__ failed to comply with said judgment, as appea[rs]

W/E Form
Rev. 08/03/89

record by the application of (insert name) __Coxcom, Inc.__

_____ moving that this execution issue;

AND WHEREAS, execution remains to be done on the total unpa judgment, including costs and interest, in the amount of $ __26,611.80__ (AS OF 12/1/03).

These are, therefore, by the authority of the United States America, to command you, that of any amount of debt accruing by reas of personal services due said (insert name of party making applicatic __Coxcom, Inc.__ as may not exceed the amou of execution as calculated in the attached "Wage Execution Notice Employer", within your precinct or jurisdiction, you cause to levied, paid, and satisfied unto the said (insert name of party mak application) __Coxcom, Inc.__, with interest f the said date of judgment on the total unpaid judgment to the date this execution is satisfied, and your own fees.

You are further commanded to serve with this execution two co of the "Wage Execution Notice to Employer" and "Wage Execu Exemption and Modification Claim Form", that are accompanied herew
(Insert name of Judgment Debtor) __Kevin Dingle__
last known employer is: (insert name and address)

Speciality Cable Corp
2 Tower Drive
Wallingford, CT 06492

W/E Form
Rev. 08/03/89

Make service hereof within one year of this date, and due return hereof with your doings thereon, within thirty days from satisfaction hereof.

Dated at _____Hartford_____, Connecticut, this 23rd day of _____March_____, 2004.

KEVIN F. ROWE, Clerk

By _____Bonnie P. DiOnofrio_____
   Deputy Clerk